419 P.2d 468

**STATE of New Mexico ex rel. Louis LYSTER, Petitioner,**

**v.**

**Honorable Joe ANGEL, District Judge, Fourth Judicial District of New Mexico, Respondent.**

No. 8201.

Supreme Court of New Mexico.

Aug. 17, 1966.

CARMODY, Chief Justice, and MOISE and COMPTON, Justices, concurring; CHAVEZ and NOBLE, Justices, absent and not participating.

Ordered that the alternative writ of prohibition heretofore issued herein on August 3, 1966, be and the same is hereby quashed.

419 P.2d 468

**STATE of New Mexico ex rel. John MARTIN, Eloy Duran, Harold Weiler, Preston Colby and Morgan Morgan, Petitioners,**

**v.**

**STATE JUDICIAL SYSTEM STUDY COMMITTEE OF the 27TH LEGISLATURE, Respondents.**

No. 8266.

Supreme Court of New Mexico.

Oct. 26, 1966.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the petition for writ quo warranto be and the same is hereby denied.